United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN GOVERNORS, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-12-3052 EMC<br><br><br><br>**ORDER RE AMENDED COMPLAINT**<br><br>**(Docket No. 12)** |

On August 28, 2012, the Court granted Plaintiff Tyrone Hurt's application to proceed *in forma pauperis* but dismissed his case with prejudice. *See* Docket No. 10 (order). A final judgment against Mr. Hurt was entered on the same day. *See* Docket No. 11 (judgment). The following day, Mr. Hurt filed an amendment to his complaint.

The Court has reviewed Mr. Hurt's amendment. Nothing in the pleading alters the Court's analysis in its order of August 28. Accordingly, even if the Court were to deem Mr. Hurt's amendment a motion to alter or amend the judgment or a motion for relief from judgment, the motion is hereby **DENIED**.

This order disposes of Docket No. 12.

IT IS SO ORDERED.

Dated: September 4, 2012

                                                                    _____
                                                                     EDWARD M. CHEN
                                                                     United States District Judge