UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN GOVERNORS, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-12-3052 EMC<br><br>No. 12-17174<br>United States Court of Appeals<br>for the Ninth Circuit<br><br>**ORDER RE PLAINTIFF'S *IN FORMA PAUPERIS* APPEAL** |

　　　　The Ninth Circuit has made a referral to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Courts have generally construed this to mean that an appeal must not be frivolous. *See, e.g.*, *Coppedge v. United States*, 369 U.S. 438, 445 (1962) (holding "'good faith' . . . must be judged by an objective standard"; also noting "good faith" is demonstrated when appellant seeks review "of any issue not frivolous"); *Ellis v. United States*, 356 U.S. 674, 674 (1958) (stating that, "[i]n the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous"); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (stating that, "[i]f at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole").

In the instant case, the Court concludes there are no valid grounds on which to base an appeal. The Court thus certifies that Mr. Hurt's appeal has not been taken in good faith and revokes his *in forma pauperis* status.

**The Clerk of the Court shall serve a copy of this order both on Mr. Hurt and the Ninth Circuit.**

IT IS SO ORDERED.

Dated: October 2, 2012

_____
EDWARD M. CHEN
United States District Judge