**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  NORTHERN DISTRICT OF CALIFORNIA
7
8    TYRONE HURT,                        No. C-12-3052 EMC
9            Plaintiff,
                                         No. 12-17174
10        v.                             United States Court of Appeals
                                         for the Ninth Circuit
11   AMERICAN GOVERNORS, *et al.*,
12           Defendants.                 **ORDER RE PLAINTIFF'S** *IN FORMA*
     _____/   *PAUPERIS* **APPEAL**
13
14
15
16        The Ninth Circuit has made a referral to this Court for the limited purpose of determining
17   whether *in forma pauperis* status should continue for the appeal.  Title 28 U.S.C. § 1915(a)(3)
18   provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing
19   that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).  Courts have generally construed this to
20   mean that an appeal must not be frivolous.  *See, e.g.*, *Coppedge v. United States*, 369 U.S. 438, 445
21   (1962) (holding "'good faith' . . . must be judged by an objective standard"; also noting "good faith"
22   is demonstrated when appellant seeks review "of any issue not frivolous"); *Ellis v. United States*,
23   356 U.S. 674, 674 (1958) (stating that, "[i]n the absence of some evident improper motive, the
24   applicant's good faith is established by the presentation of any issue that is not plainly frivolous");
25   *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (stating that, "[i]f at least one
26   issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be
27   granted for the case as a whole").
28

1        In the instant case, the Court concludes there are no valid grounds on which to base an

2  appeal.  The Court thus certifies that Mr. Hurt's appeal has not been taken in good faith and revokes

3  his *in forma pauperis* status.

4        **The Clerk of the Court shall serve a copy of this order both on Mr. Hurt and the Ninth**

5  **Circuit.**

6

7        IT IS SO ORDERED.

8

9  Dated:  October 2, 2012

10

11  _____
   EDWARD M. CHEN
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28